# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135622

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDGAR ALEJANDRO DELEON-PUENTES,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135622
COA: 281345
Genesee CC: 05-016221-FC

_____/

On order of the Court, the application for leave to appeal the November 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

p0317